**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-1916**

---

SAID AHMED,

Petitioner,

versus

JOHN ASHCROFT, Attorney General,

Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals (A77-872-556)

---

Submitted:  February 20, 2004          Decided:  March 19, 2004

---

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Allan Ebert, LAW OFFICES OF ALLAN EBERT, Washington, D.C., for Petitioner. Peter D. Keisler, Assistant Attorney General, David V. Bernal, Assistant Director, William M. Martin, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Said Ahmed, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen removal proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying Ahmed's motion to reopen. See 8 C.F.R. § 1003.2(a) (2003); INS v. Doherty, 502 U.S. 314, 323-24 (1992). Accordingly, we deny the petition for review on the reasoning of the Board. See In re: Ahmed, No. A77-872-556 (B.I.A. June 26, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

- 2 -